# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  v.                                          Case No. 17-CR-29

**OTIS HUNTER,**

        **Defendant.**

## ORDER FOR PSYCHOLOGICAL/PSYCHIATRIC EXAMINATION

Otis Hunter is charged in an indictment alleging that he and his co-defendants committed a series of business robberies and carjackings. Hunter has been in federal custody on a writ while awaiting trial on the charges. On October 14, 2017, Hunter attempted to commit suicide. Consequently, a status hearing was held on October 17, 2017 to address Hunter's status. Based on the information presented to me at the October 17, 2017 status hearing and subsequent status hearings on October 18 and 19, 2017, I find that there is reasonable cause to believe that the defendant presently may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, pursuant to 18 U.S.C. § 4241, and § 4247(b) and (c).

**IT IS HEREBY ORDERED** that:

1.    Hunter be placed in the custody of the Attorney General for no more than thirty days for the purpose of psychiatric/psychological examination to determine whether the defendant is

suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The evaluation must also assess the defendant's medication needs.

2. Upon completion of the examination and evaluation of the defendant, a report is to be filed with the Court and distributed to the parties. Upon receipt of the report, the Clerk shall set this matter for a status conference.

3. Any period of delay resulting from the examination and evaluation of the defendant shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A).

Dated at Milwaukee, Wisconsin this 19th day of October, 2017.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge